UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:24-cv-00277-KES                                                      Date: May 14, 2024

Title:  State Farm Life Insurance Company v. Centaur Financial Services Inc. et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendants

    Plaintiff State Farm Life Insurance Company ("Plaintiff") filed this action on February 9, 2024.  (Dkt. 1.)  Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed.  Although that 90-day deadline expired on May 9, 2024, Plaintiff has not filed any proof of service as of the date of this order.

    IT IS THEREFORE ORDERED that, **on or before May 28, 2024**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendants.

                                                                    Initials of Deputy Clerk JD